**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Mauricio Alejandro VAZQUEZ,**
**Defendant–Appellant.**

**No. 15–40255**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Oct. 22, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Laura Fletcher Leavitt, Assistant Federal Public Defenders, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Mauricio Alejandro Vazquez raises arguments that are foreclosed by *United States v. Rodriguez,* 711 F.3d 541, 562–63 & n. 28 (5th Cir.2013) (en banc), in which this court held that the generic, contemporary definition of "sexual abuse of a minor" does not require that the age of consent be below 17 years old and does not include an age differential requirement, and *United States v. Elizondo–Hernandez,* 755 F.3d 779, 782 (5th Cir.2014), *cert. denied,* —— U.S. ——, 135 S.Ct. 1011, 190 L.Ed.2d 881 (2015), in which this court held that indecency with a child by contact under Texas Penal Code § 21.11 satisfied the generic definition of "sexual abuse of minor." Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.